JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ALAN EMANS,<br>Plaintiff,<br>v.<br>Tyler Hackworth, *et al.*,<br>Defendants. | Case No. 2:25-cv-03529-CV-ACCV<br>**JUDGMENT**<br>**JS 6** |

Pursuant to the Order Dismissing the Complaint, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

DATED: November 2, 2026

Cynthia Valenzuela

HONORABLE CYNTHIA VALENZUELA
United States District Judge